Opinion issued March 31, 2011

 



 

 

 

 

              

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-01094-CR

____________

 

PEDRO CEBRERO, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 1164483

 

 



MEMORANDUM
OPINION








              Appellant
Pedro Cebrero attempts to appeal his June 3, 2010 murder conviction.  Under Texas Rule of Appellate Procedure
26.2(a), a notice of appeal was due on July 5, 2010. Tex. R. App. P. 26.2(a).  Appellant, however, filed his notice of appeal
on November 29, 2010.  In addition, the
trial court's certification of Appellant's right to appeal states that
Appellant has waived his right to appeal. See
Tex. R. App. P. 25.2(a)(2).

              A
notice of appeal that complies with the requirements of rule 26 is essential to
vest this court with jurisdiction. Slaton
v. State, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).  The court of criminal appeals has expressly
held that, without a timely filed notice of appeal or motion for extension of
time, we cannot exercise jurisdiction over an appeal. See Olivo v. State, 918
S.W.2d 519, 522 (Tex. Crim. App. 1996); see
also Slaton, 981 S.W.2d at 210.

              Because
the notice of appeal in this case was untimely, we have no basis for
jurisdiction over this appeal.  Accordingly, we dismiss the appeal for want of
jurisdiction. See Tex. R. App. P. 25.2(d), 42.3(a), 43.2(f).

PER CURIAM

Panel consists of Chief Justice
Radack and Justices Bland and Brown.

Do not publish.   Tex.
R. App. P. 47.2(b).